Decided March 28, 1990.

**UNITED STATES of America, Appellee,**

v.

**Keith M. JACOBSEN, Appellant.**

**No. 88–2097NE.**

United States Court of Appeals,
Eighth Circuit.

April 20, 1990.

ORDER GRANTING PETITION FOR
REHEARING AND SUGGESTION
FOR REHEARING EN BANC

Appellee's petition for rehearing with suggestion for rehearing en banc is granted. The opinion and judgment of this court